BEFORE THE FIRST DIVISION, JUNE 21, 1956

**No. 60059.**—S. S. Kresge Co. *v.* United States, protest 242434–K (New York).

Opinion by OLIVER, C. J.   At the trial, it was stipulated that the articles in question are toys made of wood shavings, sculptured into shape, tied with wire, and then covered with fur; that they are not "stuffed animal figures not having a spring mechanism"; and that they are not composed in chief value of china, porcelain, parian, bisque, earthenware, or stoneware, or wholly or in chief value of rubber.   On the record presented, the claim of the plaintiff was sustained.

**No. 60060.**—Maude J. Whittier *v.* United States, protest 279026–K (New York).

Opinion by OLIVER, C. J.   The protest was dismissed.

BEFORE THE SECOND DIVISION, JUNE 21, 1956

**No. 60061.**—Kroder Reubel Co., Inc., and Alltransport, Inc. *v.* United States, protests 258173–K and 258324–K (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of cafe curtain clips in chief value of brass and that said merchandise is chiefly used in the household to fasten window curtains to curtain rods, the claim of the plaintiffs was sustained.